IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGINCOURT GAMING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:15-cv-350-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ELECTRONIC ARTS INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff Agincourt Gaming, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED and DECREED that all claims asserted in this suit by plaintiff Agincourt Gaming, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
The Honorable Richard G. Andrews
9/1/15